ORIGINAL

FILED
APR 2 5 2007
U.S. COURT OF
FEDERAL CLAIMS

# In the United States Court of Federal Claims

SECURITAS GmbH WERKSCHUTZ
Am Stichlein 9
97424 Schweinfurt
Germany

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 07- C 07-256 C
Judge

COMPLAINT ON AN
EXPRESS CONTRACT CLAIM

NATURE OF THE ACTION

1. Plaintiff SECURITAS GmbH Werkschutz, Am Stichlein 9, 97424 Schweinfurt, Germany (SECURITAS) files this Complaint in accordance with RCFC 7(a). SECURITAS seeks declaratory relief and a money judgment under the Contract Disputes Act, 41 U.S.C. § 609(a)(1), and under the Federal Courts Administration Act of 1992, 28 U.S.C. §§ 1491(a)(1), 1491(a)(2). Plaintiff challenges the Deemed Denial,

under 41 U.S.C. § 605(c)(2), of a certified Claim for €1,819,285 by SECURITAS under an express Contract between SECURITAS and Headquarters, United States Army, Europe (HQ, USAREUR), Contract Number DABN01-03-R-0029.

2. Plaintiff asserts: (1) that HQ, USAREUR is in breach of HQ, USAREUR's obligations to SECURITAS under the Compliance with Local Labor Laws clause of Contract Number DABN01-03-R-0029; (2) that under the Compliance with Local Labor Laws clause of Contract Number DABN01-03-R-0029 HQ, USAREUR is obligated to indemnify SECURITAS as a result of claims or litigation against SECURITAS concerning compliance with German labor laws; and (3) that under the Compliance with Local Labor Laws clause of Contract Number DABN01-03-R-0029 HQ, USAREUR is obligated to reimburse SECURITAS for the costs of all fines, penalties, and reasonable litigation expenses incurred by SECURITAS as required to comply with German labor law.

3. Plaintiff requests that the Court declare: (1) that HQ, USAREUR is in material breach of its obligations to SECURITAS under the Compliance with Local Labor Laws clause of Contract Number DABN01-03-R-0029; (2) that HQ, USAREUR is obligated to indemnify SECURITAS as a result of claims or litigation concerning

compliance with German labor laws; and (3) that under the Compliance with Local Labor Laws clause of Contract Number DABN01-03-R-0029 HQ, USAREUR is obligated to reimburse SECURITAS for the costs of all fines, penalties, and reasonable litigation expenses incurred by SECURITAS to comply with German labor law.

4. By reason of these breaches of Contract Number DABN01-03-R-0029 Plaintiff seeks also an Award of money damages, these damages based on recovery of the sums paid by SECURITAS in compliance with German labor law, and allowable interest under 41 U.S.C. § 611 on these sums paid by SECURITAS in compliance with German labor law.

## PARTIES

5. SECURITAS is a Gesellschaft mit beschränkter Haftung (GmbH), a company with limited liability that is registered in the German Commercial Register (Handelsregister). SECURITAS is a wholly-owned subsidiary of SECURITAS Sicherheitdienste Deutschland Holding GmbH & Co. KG, Salzufer 22, 10587 Berlin, Germany (German Holding). The German Holding (Kommanditgesellschaft) is a limited partnership. The German Holding is itself a wholly-owned subsidiary of Securitas AB (publ), Lindhagensplan 70, SE-102 28, Stockholm, Sweden (Securi-

tas). Securitas is a Swedish public company (Aktiebolag) with its registered head office in Sweden.

6. SECURITAS is the Awardee of Contract Number DABN01-03-R-0029, and thus a proper "Contractor" under the Contract Disputes Act, 41 U.S.C. § 601(4). Contract Number DABN01-03-R-0029 became effective for SECURITAS on July 31st, 2003 when Contract Number DABN01-03-R-0029 was signed by a Contracting Officer at the Wiesbaden Contracting Center, a field activity of the United States Army, Europe.

7. The United States Army is a Military Department of the United States Department of Defense. Defendants Wiesbaden Contracting Center; HQ, USAREUR; and the United States Department of Defense are agencies and entities of the United States, and the United States Department of Defense is a proper "Executive Agency" under the Contract Disputes Act, 41 U.S.C. § 601(2).

8. Contract Number DABN01-03-R-0029 is an express support services Contract requiring the delivery of non-personal security guard services for the former 98th Area Support Group in the Federal Republic of Germany. Contract Number DABN01-03-R-0029 is an express support services Contract entered into by an

Executive Agency for the procurement of services, and thus an Executive Agency Contract to which the Contract Disputes Act applies, 41 U.S.C. § 602(a)(1). Defendants Wiesbaden Contracting Center; HQ, USAREUR; and the United States Department of Defense are hereinafter referred to, collectively, as "the Defendants."

## JURISDICTION

9. This Court has jurisdiction under 28 U.S.C. § 1491(a)(1), 28 U.S.C. § 1491(a)-(2), and 41 U.S.C. § 609(a)(1). The Deemed Denial by the Wiesbaden Contracting Center Contracting Officer concerning Plaintiff's certified Claim of January 26th, 2007 for sums incurred by SECURITAS to comply with German labor law is sufficiently final for the purposes of the Contract Disputes Act, 41 U.S.C. § 605(a) ("All claims by a contractor against the government relating to a contract shall be in writing and shall be submitted to the contracting officer for a decision."); is sufficiently final under 28 U.S.C. § 1491(a)(1) for this Civil Action seeking a money judgment (It is a "claim . . . founded . . . upon any express . . . contract with the United States."); and is sufficiently final under 28 U.S.C. § 1491(a)(2) for this Civil Action seeking declaratory relief because this Civil Action arises, literally, from "a nonmon-

etary [dispute] on which a decision of the contracting officer has been issued . . . ." *Record Steel and Construction, Inc. v. United States*, 62 Fed. Cl. 508, 520 (2004).

10. This Civil Action is timely filed. SECURITAS submitted a certified Claim to the Wiesbaden Contracting Center Contracting Officer on January 26th, 2007 and the Wiesbaden Contracting Center Contracting Officer did not, on or before April 2nd, 2007, 41 U.S.C. § 605(c)(2), either issue a Decision on this certified Claim else notify SECURITAS of the time within which a Decision would be issued. *Patton v. United States*, 74 Fed. Cl. 110, 115-16 (2006). This Civil Action is filed within one year from the date of that Deemed Denial, 41 U.S.C. § 609(a)(3).

## AVERMENTS

Support Services Requirements.

11. Security guard services are required for United States Army, Europe facilities located at Kitzengen, Giebelstadt, Würzburg, Schweinfurt, Bamberg, Katterbach (Ansbach), and Illesheim, all in the Free State of Bavaria, Germany. Contract security guard personnel are to provide, *inter alia*, armed security guard installation access control, armed roving security patrols, explosive detection and patrol dog teams,

armed security guards at United States Department of Defense dependent schools, intrusion detection system monitoring, and pass and badge control.

12. Project Managers, Area Managers, and Site Managers are required to have specific experiences in the armed forces, civilian police, or commercial security agencies. Supervisors are required to fluently speak, read, and write English, to have a "sufficient working knowledge" of German, and to be familiar with United States military regulations and the laws of the Federal Republic of Germany. Security guards are required to have specific civilian or military security guard or police experience. Security guards are to be able to converse in English and in German. All Contractor personnel are to meet specific medical and physical requirements.

13. Training instructors are to be credentialed and certified. Security guards are to meet initial, annual, and quarterly training requirements. School guards and entry/access personnel are to receive specific training. SECURITAS is required to furnish uniforms, badges, weapons, ammunition, vehicles, office equipment, flashlights, spotlights, watch clocks, and radio equipment.

Contract Provisions.

14. Contract Number DABN01-03-R-0029 is a Requirements Contract. Contract Number DABN01-03-R-0029 is effective for a base year and six one-year options. Contract Number DABN01-03-R-0029 is in its fourth year and Requirements to date total €135,572,136.

15. Contract Number DABN01-03-R-0029 invokes the substantive laws of the United States under a Choice of Law clause. Under Contract Number DABN01-03-R-0029 SECURITAS accepts the exclusive jurisdiction of the Armed Services Board of Contract Appeals and the United States Court of Federal Claims "for hearing and determination of any and all disputes that may arise under the Disputes clause of this contract."

16. In delivering non-personal services under Contract Number DABN01-03-R-0029 SECURITAS is required to comply with German labor law. SECURITAS personnel who are not nationals of Germany or other European Union countries must possess German work and residence permits. SECURITAS personnel must be authorized by German law to work in the Federal Republic of Germany.

17. Subparagraph (d) *Disputes* of the CONTRACT TERMS AND CONDITIONS—COMMERCIAL ITEMS (FEB 2002) clause of Contract Number DABN01-03-R-0029 makes Contract Number DABN01-03-R-0029 subject to the Contract Disputes Act of 1978, 41 U.S.C. §§ 601-613, and this *Disputes* clause provides that "[f]ailure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal, or action arising under or related to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes . . . ." This *Disputes* clause requires that SECURITAS "proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract."

18. The DISPUTES (JUL 2002) clause of Contract Number DABN01-03-R-0029 defines as a "Claim" subject to this clause "a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract." Pending final resolution of any request for relief, claim, appeal or action, this DISPUTES (JUL 2002) clause of Contract Number DABN01-03-R-0029 requires that the Contractor "proceed diligently with performance . . . and comply with any decision of the Contracting Officer."