Labor Law Provisions.

19. Contract Number DABN01-03-R-0029 provides:

(a) The Contractor shall comply with all—
(1) Local laws, regulations, and labor union agreements governing work hours; and
(2) Labor regulations including collective bargaining agreements, workers' compensation, working conditions, fringe benefits, and labor standards or labor contract matters.
(b) The Contractor indemnifies and holds harmless the United States Government from all claims arising out of the requirements of this clause. This indemnity includes the Contractor's obligation to handle and settle, without cost to the United States Government, any claims or litigation concerning allegations that the Contractor or the United States Government, or both, have not fully complied with local labor laws or regulations relating to the performance of work required by this contract.
(c) Notwithstanding paragraph (b) of this clause, consistent with paragraphs 31.205–15(a) and 31.205–47(d) of the Federal Acquisition Regulation, the Contractor will be reimbursed for the costs of all fines, penalties, and reasonable litigation expenses incurred as a result of compliance with specific contract terms and conditions or written instructions from the Contracting officer.

Defendants' Breaches.

20. HQ, USAREUR ordered reductions in security guard services effective August 1st, 2005 and November 1st, 2006. These reductions were mandated by reductions in security guard hours ordered from Delivery Order Number 0009 to Delivery Order

Number 0010 and from Delivery Order Number 0021 to Delivery Order Number 0022.

21. The reduction in August 2005 required that SECURITAS eliminate 198 employees, many of whom were probationary, rather than permanent employees. The direct cost to SECURITAS of eliminating these employees included remaining leave and social care. In total these direct costs for the August 2005 reduction were €489,389.40.

22. The reduction in November 2006 required that SECURITAS eliminate some 133 employees. Having previously gotten rid of the all the probationary employees in August 2005, German labor law required that an Agreement between SECURITAS and its Works Council regarding mass terminations by a SECURITAS customer would now apply. This Agreement between SECURITAS and its Works Council had become effective on January 4th, 2005.

23. The direct costs to SECURITAS of eliminating these 133 permanent employees for remaining leave and social care were €562,138.79. In addition, there is €313,496.91 still due under the terms of the Agreement. Of this sum, €64,000 are

already paid and the sum of €249,496.91 was still pending in late January 2007, most of which was then still before the Labor Court.

24. SECURITAS submitted a Claim for the reduction of November 2006 under Invoice Number 4103134 dated December 30th, 2006 on the expectation that SECURITAS could find continued employment for 25 employees who also had been affected by the reduction in November 2006. It turned out, however, that SECURITAS could not find continued employment for these people. The direct costs for remaining leave and social care to SECURITAS of eliminating these 25 additional employees were €147,827.85. In addition, there is €37,102.96 still due under the terms of the Agreement with the Works Council.

25. And because SECURITAS has eliminated 356 employees, SECURITAS must eliminate 4 support people as well. These support people were providing payroll and human relations support for the security guard services that are being delivered under Contract Number DABN01-03-R-0029. The direct costs for remaining leave and social care to SECURITAS of eliminating these 4 support people were €46,974.54. In

addition, as of late January 2007 there was €40,198.65 still pending and subject to continued negotiations with the Works Council.

26. SECURITAS submitted to the Wiesbaden Contracting Center Contracting Officer a certified €1,819,285 Claim of January 26th, 2007 for sums incurred by SECURITAS under the Compliance with Local Labor Laws provision of Contract Number DABN01-03-R-0029, sums resulting from compliance with an Agreement between SECURITAS and its Works Council, sums that result from reductions in guard services effective August 1st, 2005 and November 1st, 2006. Attachment 1.

27. The Wiesbaden Contracting Center Contracting Officer did not on or before April 2nd, 2007, as required by 41 U.S.C. § 605(c)(2), either issue a decision on this certified Claim, else notify SECURITAS of the time within which a decision would be issued.

## COUNT I
## DEFENDANTS ARE IN MATERIAL BREACH OF THEIR OBLIGATIONS UNDER THE COMPLIANCE WITH LOCAL LABOR LAWS CLAUSE.

28. Plaintiff incorporates and re-alleges paragraphs numbers 1. through 27. hereinabove as if fully set forth herein.

29. HQ, USAREUR is in material breach of HQ, USAREUR's obligations to SECURITAS under the Compliance with Local Laws Clause because: (1) under the Compliance with Local Labor Laws clause of Contract Number DABN01-03-R-0029 HQ, USAREUR is obligated to, and has not, indemnified SECURITAS as a result of claims or litigation against SECURITAS concerning compliance with German labor laws; and (2) under the Compliance with Local Labor Laws clause of Contract Number DABN01-03-R-0029 HQ, USAREUR is obligated to, and has not, reimburse SECURITAS for the costs of all fines, penalties, and reasonable litigation expenses incurred by SECURITAS as required to comply with German labor law.

## COUNT II
## PLAINTIFF IS ENTITLED TO A MONEY JUDGMENT NOT LESS THAN €1,819,285.

30. Plaintiff incorporates and re-alleges paragraphs numbers 1. through 27. hereinabove as if fully set forth herein.

31. By reason of HQ, USAREUR's material breaches of HQ, USAREUR's obligations to SECURITAS under the Compliance with Local Labor Laws clause of Con-

tract Number DABN01-03-R-0029, Plaintiff is due a Money Judgment not less than €1,819,285.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests:

(a) that the Court declares that HQ, USAREUR is in material breach of its obligations to SECURITAS under the Compliance with Local Labor Laws clause of Contract Number DABN01-03-R-0029;

(b) that the Court declares that under the Compliance with Local Labor Laws clause of Contract Number DABN01-03-R-0029 HQ, USAREUR is obligated to indemnify SECURITAS as a result of claims or litigation against SECURITAS concerning compliance with German labor laws;

(c) that the Court declares that under the Compliance with Local Labor Laws clause of Contract Number DABN01-03-R-0029 HQ, USAREUR is obligated to reimburse SECURITAS for the costs of all fines, penalties, and reasonable litigation expenses incurred by SECURITAS as required to comply with German labor law;

(d) that the Court Awards Plaintiff a Money Judgment not less than €1,819,285 and allowable interest under 41 U.S.C. § 611; and

(e) that the Court grants Plaintiff such other and further relief as may be just and proper.

Respectfully submitted,

Cyrus E. Phillips, IV
District of Columbia Bar Number 456500;
Virginia State Bar Number 03135
April 25th, 2007

1828 L Street, N.W., Suite 660
Washington, D.C. 20036-5112
Telephone: (202) 466-7008
Facsimile: (202) 466-7009
Electronic Mail: *lawyer@procurement-lawyer.com*

Attorney of record for Plaintiff,
SECURITAS GmbH Werkschutz.

# ATTACHMENT 1

SECURITAS

Wiesbaden Contracting Center
ATTN: SFCA-EC-C-A
Konrad Adenauer Ring 39

65187 Wiesbaden

26.01.2007

**CLAIM**

Sir or Madam,

This is a Claim under the Contract Disputes Act, 41 U.S.C. § 605(a), a Claim that arises under the "Compliance with Local Labour Laws" provision of Contract Number DABN01-03-D-0029. This Claim arises from reductions in guard services ordered effective August 1st, 2005 and November 1st, 2006. These reductions were mandated by the reduction in estimated hours made from Order Number 0009 to Order Number 0010, and from Order Number 0021 to Order Number 0022.

The reduction in August 2005 required that SECURITAS GmbH Werkschutz eliminate 198 employees, many of whom were probationary, rather than permanent, employees. The direct cost to SECURITAS GmbH Werkschutz of eliminating these employees included remaining leave and social care. In total these direct costs for the August 2005 reduction were 489,389.40 €.

The reduction in November 2006 required that SECURITAS GmbH Werkschutz eliminate an estimated 133 employees. Having got rid of all the probationary employees in August 2005, German labour law required that an Agreement between SECURITAS GmbH Werkschutz and its Works Council regarding mass terminations ordered by a customer would now apply. This Agreement between SECURITAS GmbH Werkschutz and its Works Council had become effective on January 4th, 2005.

The direct costs to SECURITAS GmbH Werkschutz of eliminating these estimated 133 employees for remaining leave and social care were 562,138.79 €. In addition, there is 313,496.91 € still due under the terms of the Agreement. Of this sum, 64,000 € are already paid, and the sum of 249,496.91 € is still pending, most of which is still before the Labour Court.

SECURITAS GmbH Werkschutz submitted this Claim under Invoice Number 4103134 dated December 30th, 2006. At that time it was our best estimate that the reduction in November 2006 would affect only 133 employees, because then we

SECURITAS GmbH Werkschutz
Am Stichlein 9 · 97424 Schweinfurt
Telefon Durchwahl (09 31) 3 29 38 17 · Telefax (09 31) 35909312
Bankverbindung: Commerzbank AG (BLZ 793 400 54) Konto-Nr. 653224600
Sitz: Schweinfurt, Amtsgericht Schweinfurt HRB: 3534
Geschäftsführer: Manfred Buhl
Homepage: http://www.securitas-online.de

SECURITAS

supposed that SECURITAS GmbH Werkschutz could find continued employment for 25 employees who had been affected by the reduction in November 2006. So we did not immediately terminate the employment of these people. It has now turned out, however, that we cannot find continued employment for these people.

The direct costs to SECURITAS GmbH Werkschutz of eliminating these 25 employees for remaining leave and social care were 147,827.85 €. In addition, there is 37,102.96 € still due under the terms of the Agreement.

And because SECURITAS GmbH Werkschutz has eliminated 356 employees, SECURITAS GmbH Werkschutz must eliminate 4 support people as well. These support people were providing payroll and human relations support for the guard services that are being delivered under Contract Number DABN01-03-D-0029.

The direct costs to SECURITAS GmbH Werkschutz of eliminating these 4 support employees for remaining leave and social care are 46,974.54 €. In addition, there is 40,198.65 € still pending and subject to continued negotiations with the Works Council.

The total direct costs of this Claim are 1,646,129.10 €. We are marking-up these direct costs for Branch Overhead (1.6%), for Area Overhead (5.1%), and for Profit (3.5%):

| | |
|---|---|
| Direct Costs | 1,646,129 € |
| Branch Overhead | 26,338 € |
| Subtotal | 1,672,467 € |
| Area Overhead | 85,296 € |
| Subtotal | 1,757,763 € |
| Profit | 61,522 € |
| Total | 1,819,285 € |

The SECURITAS GmbH Werkschutz books and records which support this 1,819,285 € Claim are available for your audit and review.

In accordance with 41 U.S.C. § 605(c)(1) and 10 U.S.C. § 2410(a), I hereby declare under penalty of perjury, and I certify, that this 1,819,285 € Claim is made in good faith, that the supporting data are accurate and complete to the best of my knowledge and belief, that the amount requested accurately reflects the Contract adjustment for which SECURITAS GmbH Werkschutz believes that the Government is liable, and that I am duly authorized to certify this Claim on behalf of SECURITAS GmbH Werkschutz.

This 1,819,285 € Claim is submitted together with a supporting Invoice.

Sincerely,
Marco Warnhoff

Project Manager

SECURITAS GmbH Werkschutz · Werner-von-Siemens Str. 5 · 97076 Würzburg

**SECURITAS GmbH Werkschutz**
Werner-von-Siemens Str. 5, 97076 Würzburg

Telefon 0931/3293814
Telefax 0931/35909312

DFAS-LAWTON
DEFENSE FINANCE AND ACCOUNTING
SERVICES
Kleber Kaserne Bldg. 3200, ATTN: LW
Mannheimer Str. 218-219

67657 Kaiserslautern

# RECHNUNG

Rechnungs-Nr. 4103005

Datum: 26 January 2007

Kunden-Nr. 58600

| We invoice below listed Services: | | | | |
|---|---|---|---|---|
| **Guard Services 98thASG, Contract DABN01-03-D-0029** | Amount Hours | Unit | Amount EUR per hour | Amount EUR |
| **Period of Performance: Reduction Costs August 2005 & October 2006** | | | | |
| Direct Costs | | | | 1.646.129,00 |
| Branch Overhead | | | | 26.338,00 |
| Area Overhead | | | | 85.296,00 |
| Profit | | | | 61.522,00 |
| **Total** | | | | **1.819.285,00** |

| | Gesamtbetrag | Mehrwertsteuer | Rechnungsbetrag |
|---|---|---|---|
| | 1.819.285,00 | 0,00% | **EUR 1.819.285,00** |

Bankverbindung: Commerzbank AG, Schweinfurt (BLZ 793 400 54), Konto-Nr.: 853224600
Sitz: Schweinfurt HRB: 3534 Geschäftsführer Manfred Buhl