# In the United States Court of Federal Claims

No. 07-256 C

(Filed May 1, 2007)

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * | |
| SECURITAS GmbH WERKSCHUTZ, | * |
| | * |
| *Plaintiff*, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| *Defendant*. | * |
| * * * * * * * * * * * * * * * * * * * * * | |

**TRANSFER ORDER**

The subject matter and *Securitas GmbH Werkschutz v. United States*, No. 07-255 C, are directly related and, pursuant to RCFC 40.2(a)(3), will be more efficiently managed by the judge assigned to the earlier-filed case. Upon agreement of the undersigned with the Honorable Margaret M. Sweeney, this case is hereby **TRANSFERRED**, as authorized by RCFC 40.1(b), to Judge Sweeney.

/s/Lynn J. Bush
LYNN J. BUSH
Judge