# In the United States Court of Federal Claims

Nos. 07-255C, 07-256C, 07-257C
(Filed: December 10, 2007)

************************************
SECURITAS GmbH WERKSCHUTZ, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On December 7, 2007, plaintiff filed its Second Motions for Enlargement of Time ("motions"). In its motions, plaintiff seeks an enlargement of sixty (60) calendar days, through and including February 15, 2008, to respond to defendant's counterclaims. Plaintiff represents that defendant does not oppose these motions.

Plaintiff indicates that, since September 2007, it has attempted to gain access to documents initially seized by the Army's Criminal Investigative Division and now in the possession of the Bavarian police. According to plaintiff, German authorities have indicated that plaintiff would gain access to these documents "in the near future." Plaintiff believes that these documents will be made available in January 2008 and requests additional time for review and analysis in order to prepare responses to defendant's counterclaims.

**Accordingly, plaintiff's Second Motions for Enlargement of Time are GRANTED. Plaintiff shall file its responses to defendant's counterclaims no later than Friday, February 15, 2008.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge