# In the United States Court of Federal Claims

Nos. 07-255 C, 07-256 C, 07-257 C
(CONSOLIDATED)

(Filed: August 26, 2008)

************************************
SECURITAS GmbH WERKSCHUTZ, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
************************************

**ORDER**

On August 22, 2008, plaintiff filed an unopposed Motion to Dismiss Case No. 07-256C ("motion") and Clarification of Joint Preliminary Status Report ("clarification"). In its clarification, filed pursuant to the court's May 2, 2008 order, plaintiff states that the parties' Joint Preliminary Status Report ("JPSR") incorrectly contained the amount defendant asserted as recoupment for alleged overpayment in United States dollars rather than in Euros. See J. Prelim. Status Report 2-3. Plaintiff confirms that the amount plaintiff contends has been wrongfully recouped by defendant is €2,349,576, an amount that is accurately reflected in the complaint. See Compl. ¶ 30 (No. 07-255C).

The parties' JPSR also indicated that "[u]pon consolidation, Securitas will dismiss that portion of the case relating to its allegations contained in the complaint for Case No. 07-256C." J. Prelim. Status Report 1-2. These cases were consolidated on May 2, 2008. As such, plaintiff now moves the court, pursuant to RCFC 41(a)(1), to dismiss those allegations contained in the complaint in case No. 07-256C. Plaintiff notes that its motion "is made without prejudice to, and does not seek dismissal of, the allegations contained in the Complaints in Case No. 07-255 C and Case No. 07-257 C." Pl.'s Mot. 1. It further indicates that defendant does not object to the instant motion.

RCFC 41(a)(1) contemplates the filing of a stipulation of dismissal:

> [A]n action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal at any time before service of an answer or of a motion for summary judgment, whichever first occurs, or (ii) by filing a stipulation of

dismissal signed by all parties who have appeared in the action.

Given their representations in the JPSR and during the preliminary scheduling conference, the parties need not file a joint stipulation of dismissal. **Accordingly, the court GRANTS plaintiff's motion. The Clerk of the Court is directed to dismiss the complaint in case number 07-256C without prejudice.**

**IT IS SO ORDERED.**

s/ Margaret M. Sweeney
MARGARET M. SWEENEY
Judge