# In the United States Court of Federal Claims

**Nos. 07-256 C**

**SECURITAS GmbH WERKSCHUTZ**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Order, filed August 26, 2008,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the complaint is dismissed without prejudice.

John S. Buckley
Acting Clerk of Court

**August 29, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.